1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11   GERARDO REYES,                    )   Case No. CV 10-1325 VAP (JCG)
                                        )
12                    Petitioner,       )
                                        )   **ORDER ADOPTING FINDINGS,**
13      v.                              )   **CONCLUSIONS AND**
                                        )   **RECOMMENDATIONS OF UNITED**
14   GREG LEWIS, Acting Warden,         )   **STATES MAGISTRATE JUDGE AND**
                                        )   **DENYING CERTIFICATE OF**
15                    Respondent.       )   **APPEALABILITY**
                                        )
16                                      )
                                        )
17   _____
18
19          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records
20   on file, the Report and Recommendation of the United States Magistrate Judge, and
21   the Petitioner's Objections.  Further, the Court has engaged in a *de novo* review of
22   those portions of the Report and Recommendation to which Petitioner has objected.
23   *See* 28 U.S.C. § 636(b)(1)(C).
24          Petitioner's Objections essentially rehash the arguments made in the Petition
25   and fail for the reasons articulated in the Report and Recommendation.  Petitioner
26   has not demonstrated that the admission of Vidales' testimony violated due process
27   or that his testimony was false.  *See Cook v. Schriro*, 538 F.3d 1000, 1017-18 (9th
28   Cir. 2008).

1   Additionally, for the reasons stated in the Report and Recommendation, the

2 Court finds that Petitioner has not made a substantial showing of the denial of a

3 constitutional right.  *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v.*

4 *Cockrell*, 537 U.S. 322, 336 (2003).  Thus, the Court declines to issue a certificate of

5 appealability.

6   Accordingly, IT IS ORDERED THAT:

7   1. Judgment shall be entered dismissing the action with prejudice.

8   2. The Clerk shall serve copies of this Order and the Judgment herein on

9 the parties.

10   3. A Certificate of Appealability is denied.

12 DATED:  _June 28, 2011_

_____
HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

2