# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO REYES, <br>         Petitioner, <br>     v. <br> GREG LEWIS, Acting Warden, <br>         Respondent. | Case No. CV 10-1325 VAP (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: June 28, 2011_____

_____
HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE